**Order entered February 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00884-CR
### No. 05-12-00885-CR

**JOHN JERONTON POGUE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause Nos. 2-12-238, 2-11-437**

## ORDER

By letter dated January 18, 2013, the Court notified appellant's counsel that the brief filed in cause no. 05-12-00883-CR, also styled *John Jeronton Pogue v. The State of Texas*, did not raise any issues regarding the above appeals. We directed appellant to file, within ten days, either: (1) a brief raising issues on the merits for the above appeals; (2) a motion to withdraw as counsel, accompanied by an *Anders* brief; or (3) motions to dismiss the appeal that comply with Texas Rule of Appellate Procedure 42.2(a)(1). To date, counsel has filed neither appellant's brief nor motions to dismiss the appeals, nor has he otherwise communicated with the Court regarding the appeals. The appeals cannot proceed until the issue of appellant's brief is resolved.

Accordingly, we **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed.  In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeals, whether appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeals.  *See* TEX. R. APP. P. 38.8(b).  If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence.  *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam).  If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

The appeals are **ABATED** to allow the trial court to comply with the above order.  The appeals shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE